UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

FRANCISCO JAVIER CANDELAS-MONREAL,

      Defendant.

_____/         **INDICTMENT**

The Grand Jury charges:

### Alien Reentry

On or about April 20, 2026, in Grand Traverse County, in the Western District of Michigan, Southern Division,

FRANCISCO JAVIER CANDELAS-MONREAL,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

A TRUE BILL

**[ /s/ Redacted ]**
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney